■ EMPIRE CAREER CENTER, INC., Respondent, v TOWN OF SCHUYLER, Appellant. (Appeal No. 2.) [612 NYS2d 999] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). (Appeal from Order of Supreme Court, Herkimer County, Tenney, J.—Summary Judgment.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

■ In the Matter of AFSCME N. Y. COUNCIL 66, LOCAL 930, Petitioner, v NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD, Respondent. CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., LOCAL 1000, AFSCME, AFL-CIO, Intervenor-Respondent. [612 NYS2d 1002] —Determination unanimously confirmed without costs and petition dismissed for reasons stated in decision at New York State Public Employment Relations Board. (Article 78 Proceeding Transferred by Order of Supreme Court, Erie County, Flaherty, J.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.